IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEVEN ANDERSON                         *

        Plaintiff              *

        vs.                    *   CIVIL ACTION NO. MJG-12-2255

LIGHTHOUSE RECOVERY ASSOCIATES, *
LLC
        Defendant              *

*       *       *       *       *       *       *       *       *

JUDGMENT ORDER

By separate Order issued this date, the Court has granted Plaintiff's Motion for Default Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff Seven Anderson against Defendant Lighthouse Recovery Associates, LLC, in the amount of $1,000.00 for damages, legal fees of $3,519.50, and costs of $405.00; a total of $4,924.50 with judgment interest thereon.

2. This Order shall be deemed to be a final Judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Monday, November 5, 2012.

                                        /s/
                                 Marvin J. Garbis
                         United States District Judge